# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

UNITED STATES OF AMERICA    )
    )
      v.    )    Case No.  CR 614-4
    )
KATRINA BEASLEY    )

## O R D E R

    Upon consideration of the request by the surety for return of her bond posted on behalf of Defendant Katrina Beasley in the amount of **$4,500.00**, and the defendant now in the custody of the Bureau of Prisons, said request is hereby GRANTED.

    IT IS HEREBY ORDERED that the Clerk of this Court disburse said funds, plus any and all accrued interest, to:

    Sylvia Porter
    6100 Amelia Road
    Claxton, Georgia 30417

SO ORDERED this ᴌ4 day of _____, 2015.

                                   _____
                                   LISA GODBEY WOOD, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA